#### UNITED STATES DISTRICT COURT
#### District of Connecticut

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:19-CR-65(JAM)** |
| | : | |
| **v.** | : | |
| | : | |
| **KAREEM SWINTON** | : | **October 19, 2022** |

### MOTION FOR RELEASE FROM DETENTION

The defendant in the above-captioned case, Kareem Swinton, by and through the undersigned counsel, hereby moves for an order directing his release from custody pending his sentencing in this matter. Mr. Swinton was convicted after trial of Conspiracy to Distribute a Detectable amount of Cocaine and Conspiracy to Distribute a Detectable amount of Cocaine Base. The evidence at trial demonstrated that the amount of cocaine or cocaine base actually purchased or seized was less that 100 grams of powder cocaine.[1] Additionally, it appears that Mr. Swinton falls into criminal history category VI, and therefore if the Court accepts the above quantity calculation he would be facing a sentencing guideline range of thirty-seven to forty-six months of incarceration. Since Mr. Swinton has been incarcerated since his arrest on February 20, 2019, he has been incarcerated for approximately forty-four months on these charges for which he was convicted. Therefore, with credit for good time served, Mr. Swinton has already served more than the sentence he would receive if the Court sentenced him to the middle of the 37 to 46 months guideline range, if the Court accepts the undersigned's quantity calculation. Finally, in support of this request, Mr. Swinton submits the following proposed conditions of release:

---

[1] This amount is based upon the Court applying the 1:1 Powder Cocaine to Cocaine Base equivalency calculation. Additionally, this calculation does not include the drug amounts for which Mr. Swinton was acquitted.

1

1. Mr. Swinton will execute a $100,000 non-surety bond, co-signed by Kimberly L. Westley, who resides at 78 Orchard Street in New Haven, CT, 06519, and can be reached at (475) 355-6125. If Mr. Swinton is released, he will reside with Ms. Westley at the above-captioned address, and she will serve as his third-party custodian.

2. Mr. Swinton will submit to any other conditions that the court deems necessary, including, but not limited to, home detention, curfew, and GPS monitoring.

The combination of conditions proposed herein is sufficient to ensure Mr. Swinton's attendance at his sentencing, his compliance with court orders, and to protect the community. Accordingly, the instant motion should be granted, and Mr. Swinton released pursuant to the conditions proposed herein.

        Respectfully Submitted:
        **KAREEM SWINTON**

        **By:** **/s/ CT17505**
        Francis L. O'Reilly
        Fed. Bar No.: CT17505
        1735 Post Road, Suite 2C
        Fairfield, CT 06824
        Phone: 203-319-0707
        Fax: 203 319-0128

## **CERTIFICATION**

      The undersigned hereby certifies that a copy of the foregoing was filed electronically this the 19th day of October 2022, through the District Court CM/ECF system and copies thereby provided to all attorneys and parties of record who are capable of receiving such filings.

                                                                                              /s/ CT17505
                                                  Francis L. O'Reilly